IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| KENNETH GARRISON, JR. and <br> BRANDI GARRISON <br> <br> Plaintiffs <br> <br> V. <br> <br> RONNIE WHITE, individually and in <br> his official capacity as Sheriff of Phillips <br> County, and JOHN DOES 1 and 2, <br> individually | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br> <br> <br> <br> <br> NO: 2:11CV00061   SWW |

**ORDER**

Plaintiffs filed this action under 28 U.S.C. § 1983, alleging that Defendants deprived them of liberty without due process. Before the Court is the parties' joint motion to dismiss, advising the Court that they have entered a settlement agreement, which requires that claims against Defendant White, sued in his individual and official capacity, be dismissed with prejudice. Additionally, as stated in the order entered October 4, 2011, and with no objection, Plaintiffs' claims against John Does 1 and 2 will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED THAT Plaintiffs' claims against Defendant Ronnie White, sued in his individual and official capacities, are DISMISSED WITH PREJUDICE; Plaintiffs' claims against Defendants John Doe 1 and John Doe 2, sued in their individual capacities, are DISMISSED WITHOUT PREJUDICE; and this action is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 17TH DAY OF OCTOBER, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE